AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**SHAWN C. YARDE**

# CRIMINAL COMPLAINT

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____September 15, 2005_____ in ___WASHINGTON___ county, in the

_____ District of ___COLUMBIA___ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1)___.

I further state that I am ___SPECIAL AGENT CLIFFORD BROWN___, and that this complaint is based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

Signature of Complainant
**SPECIAL AGENT CLIFFORD BROWN**
**DRUG ENFORCEMENT**
**ADMINISTRATION**

Sworn to before me and subscribed in my presence,

_____     at     ___Washington, D.C.___
**Date**                                        **City and State**

_____     _____
**Name & Title of Judicial Officer**        **Signature of Judicial Officer**