## **STATEMENT OF FACTS**

      On Thursday, September 15, 2005, at about 7:45 p.m., after receiving information about a car with drugs in it, and that the person driving the car was known for carrying firearms, sworn agents with the Drug Enforcement Administration saw the car in the 1300 bock of Howard Road, S.E., Washington, D.C.  A traffic stop was conducted, and during the stop, agents learned from the defendant, Shawn Yarde, that there was a gun under the seat.  Agents saw a gun under the driver's seat.  Agents seized the gun and eventually arrested the defendant.  Further search of the car revealed a plastic bag containing approximately 63 grams of suspected crack cocaine in a small compartment on the side of the front passenger seat, and approximately one kilogram of suspected cocaine hydrochloride underneath the front passenger seat.  A portion of the suspected cocaine and crack cocaine field tested positive for cocaine.  The defendant was the sole occupant of the car.  The approximate weights of the suspected cocaine and crack cocaine are amounts commonly indicating that the suspected drugs were going to be sold to others rather than used exclusively by the defendant.  The combined approximate street value of the suspected drugs is more than $25,000.00.

_____
SPECIAL AGENT CLIFFORD BROWN
DRUG ENFORCEMENT ADMINISTRATION

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF SEPTEMBER, 2005.

_____
U. S. MAGISTRATE JUDGE